# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| BRIAN W. JONES, ASSIGNEE OF ARP ASSOCIATES LLC, | : No. 480 WAL 2018 |
| | : |
| Petitioner | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| | : |
| v. | : |
| | : |
| | : |
| JOHN SKARO AND KAREN A. SKARO, | : |
| DOROTHY DONAUER, AND PNC BANK, | : |
| N.A., | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of June, 2019, the Petition for Allowance of Appeal is **DENIED**.